| DD FORM 214 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| POWELL, Calvin Eugene | NAVY-USN | 122 \| 56 \| 2519 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| YN2 | E-5 | 3 FEB 60 | Brooklyn, NY |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| USS BELLEAU WOOD LHA-3 | USS BELLEAU WOOD LHA-3 at San Diego, CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| Naval Reserve Personnel Center New Orleans, LA 70149 | AMOUNT $35,000    ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| YN-0000 | a. Date Entered AD This Period | 77 | DEC | 19 |
| | b. Separation Date This Period | 81 | DEC | 18 |
| | c. Net Active Service This Period | 04 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 02 | 09 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 03 | 02 | 26 |
| | h. Effective Date of Pay Grade | 81 | MAR | 16 |
| | i. Reserve Oblig. Term. Date | 83 | NOV | 09 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| Sea Service Deployment Ribbon, Navy Expeditionary Medal, Humanitarian Service Medal.
X                           X                                           X
   X                          X                                  X
      X                          X                          X |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| ECC/BMR, MRPO3&2, YN3&2. PARS/YN3, YN2. YN Class "A" School, 7wks, APR78. Personnel Administration, 5days, JUN79.
X                                               X
   X                          X                          X |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT | 17. DAYS ACCRUED LEAVE PAID |
|---|---|---|
| ☒ YES  ☐ NO | ☒ YES  ☐ NO | 12.5 |

| 18. REMARKS |
|---|
| X           X                    X                         X
  X           X                    X                         X
    X           X                    X                         X
      X           X                    X                         X
        X           X                    X                         X
          X           X                    X                         X
            X           X                    X                         X
              X           X                    X                         X
                X           X                    X                         X
                  X           X                    X                         X |

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 201 Main St. Apt. 2B Ossining, NY 10562 | SENT TO    NY   DIR. OF VET AFFAIRS   ☒ YES  ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| Calvin E. Powell | R. H. YOUNG, PNC, USN, ASST PERS OFF |

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 23. TYPE OF SEPARATION Released from active duty and transferred to Naval Reserve | 24. CHARACTER OF SERVICE (Includes upgrades) Honorable |
|---|---|

| 25. SEPARATION AUTHORITY BUPERSMAN 3840260 | 26. SEPARATION CODE LBK/942 | 27. REENLISTMENT CODE RE-R1 |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| USN-Release from active duty and transfer to Naval Reserve |

| 29. DATES OF TIME LOST DURING THIS PERIOD TL-NONE | 30. MEMBER REQUESTS COPY 4 CEP INITIALS |
|---|---|

S/N 0102-LF-000-2140

MEMBER-4