Calvin Powell
#59868-054
MDC Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232

July 7, 2008

Honorable John F. Keenan
Senior U.S. District Judge
Southern District of N.Y.
500 Pearl St., N.Y., N.Y. 10007

Your Honorable Judge Keenan,

First, I like to send my regards hailing your handing of my case before you in an efficient dignified, cooperative, fair, and respectful manner. Sir, this letter is in reference to my outlook on my character, request wishes, and my acceptance of responsibility to my offense committed. As I sit here and compose this letter I'm wondering where I would have been in my life if I would've made the proper decisions in my actions. Because of wrong decisions I made in my past, I suffered by being incarcerated as a penalty. I was convicted in the year 1992 approximately 10 years before this current offense, and haven't been in prison in the past fifthteen years.

Since that time I changed my life around in becoming a family man with pursuit of becoming a professional tax preparer for employment, wanting to be a contributor financially to my household I worked extra hard to become a qualified, experience in the tax preparation field. Then I got married to Sheila Dixon my wife on January 25, 1992 and with that bond we established a loving family. Within that period of time my son Jaleel Payne Powell was born and now he is currently 14 years old. Since he's birth I haven't been separated from him until this unfortunate incident, and it hurts real bad. Also, by being away from his everyday presence has taken a toll on him. It's a matter of extreme importance to me that I help guide his future in a constructive direction. Presently I have a total of five children, 3 sons, 1 daughter, and an adoptive son. Family values is now what defines my image, and desperately I tried to love and provide for my family. Unfortunately, they have to bare the pain of not having a father figure in the house. But still I will remain active in their lives.

(2)

As time progressed I became interested and active in community activities for youth, and family sponsored events. Through my dedication and participation in events I became a pillar in my community. With all the mentioned changes I made in my life, I found a new direction and rejuvenated life. I miss being free, I miss my family, but I realize that making the wrong decisions has consequences that will have an impact on my family and my situation. I made a terrible mistake by getting involved in a conspiracy and by nods of agreement I must pay for my involvement. I chose a path that found wisdom in pain for trying to take a short cut for a financial gain. Thinking it was a short cut, I thought it was best, now instead I know that was false. All I did was hurt myself and my family, and now we're faced with this hardship of separation. Sir, may it be staringly clear to you, I will never entertain acts of enormous risks in my life ever again. My mother and father have always taught me to do the right things in life, so I should know better.

consequences of my actions has cause suffering and a burden on my wife in trying to maintain our household and provide for our children in my absence. Noticably I can see the tremendous toll its taking on her, while reality bites. Also, my parents are getting old with bad health problems, and it hurts to think of the possibility of something happening to them while I'm incarcerated. As I grow through the pains that are affecting me while incarcerated, I will work extremely hard on myself in becoming a better person and a constructive member of society. I realize that I might have made some bad choices in life and now I'm paying for them. Now is my chance/opportunity to create a new life, a life that is a model for my children to help them not make the same mistakes. I will show my children that I can change my life. It will be one of the best lessons I could ever teach them. Making them aware that once you take responsility for your actions, you can learn from your mistakes. Sir, I love myself and my family and I truley want to make a positive

influence on their life, that's why I will work hard to change my bad characteristics. Because we shape tomorrow's world by what we teach our children today. Your time you have giving me in reading this letter I really do appreciate. So your Honor, I hope that you give me another chance to make a difference in my life. I'm getting too old, I'm 48 years old and if you add ten years to that I'll be 58 years old, but still I'll have a life to live. And definitely I do not want to continue in any destructive behavior. My whole scope on life now is becoming and remaining a law abiding citizen. Also, if you remember I was injured at "MDC", and because of the injury I have a permanent limp for life, which adds to my suffering. Additionally, I request that you recommend that I begin to serve my time at Ottisville Federal Facility, so I can maintain family ties. You stated when I pleaded guilty "that you would recommend me to participate in the Drug Treatment Program, I hope that's still possible. Sir, so your concern and consideration to my situation will be highly appreciated, and I give myself to the mercy of the court for your consideration and leniency. Sincerely yours, Calvin Powell

⑤