AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

United States of America )
v. )
CALVIN POWELL )  Case No: 07 Cr. 244
) USM No: 59868-054
Date of Original Judgment: 07/22/2008 )
Date of Previous Amended Judgment: ) Jason Ser, Federal Defenders of New York, Inc.
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  July 22, 2008  months **is reduced to** 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-8-15
```

Except as otherwise provided, all provisions of the judgment dated  07/22/2008  shall remain in effect.
**IT IS SO ORDERED.**
Order Date:  5/8/15

Judge's signature

Effective Date:  11/01/2015        Hon. John F. Keenan, U.S. District Judge
*(if different from order date)*         *Printed name and title*