**Lincoln Square Legal Services, Inc.** | Fordham University School of Law  150 West 62nd Street, Ninth Floor  New York, NY 10023 | Tel  212-636-6934  Fax 212-636-6923

September 10, 2018

Honorable John F. Keenan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
**By ECF**

      Re:    <u>United States v. Powell</u>, 07 Cr. 244 (JFK)

Your Honor:

      We represent Mr. Calvin Powell and write to request an adjournment of his conference scheduled for September 13, 2018 at 11:00am. We were assigned to Mr. Powell's case on Friday and are committed to a class at Fordham Law School at the time of the scheduled conference. The class features the Chief Justice of the Irish Supreme Court, whom we will be hosting that day. This is our first request for an adjournment.

      Assistant United States Attorney Jeffrey Coffman has informed us that the government consents to this request. The parties request that the conference be scheduled for Tuesday September 18, 2018, at 11:00am, which your Chambers has informed us would be a good date and time for the Court.

      Thank you for your consideration of this matter.

                            Respectfully Submitted,

                            /s/

                            Michael Martin
                            Executive Director

                            Lincoln Square Legal Services, Inc.
                            Counsel for Mr. Calvin Powell.

cc:    Kyle Wirshba, Esq.
        Jeffrey Coffman, Esq.
        Assistant United States Attorneys
        Southern District of New York
        **By ECF and Email**