UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
      U.S.A.

      -V-                # 07 CR 244 (JFK)

      Powell
-------------------------------X

The V.O.S.R. conference in this case has been rescheduled September 13, 2018 to **Tuesday, September 18, 2018 at 10:45 a.m.**

SO ORDERED.

Dated: New York, New York

9-11-18

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-18