

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 17, 2018

**BY ECF**
The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Calvin Powell*, 07 Cr. 244 (JFK)

Dear Judge Keenan:

     The Government writes to request respectfully an adjournment of the September 18, 2018 conference currently scheduled to address the defendant's alleged violation of supervised release in the above referenced case. Having spoken with your chambers, I understand the Court is available for a conference in this matter on September 26, 2018 at 11:30 am. The defendant and Probation Department consent to this request.

                                    Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                    United States Attorney

By: _____
                                    Kyle A. Wirshba
                                    Assistant United States Attorney
                                    (212) 637-2493

cc:     Michael W. Martin, Lincoln Square Legal Services, Inc. (by ECF)
          Probation Officer David T. Mulcahy (by email)