UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

      -V-                    # 07 CR 244 (JFK)

      Powell
------------------------------X

The V.O.S.R. conference in this case has been rescheduled September 18, 2018 to **Wednesday, September 26, 2018 at 11:30 a.m.**

SO ORDERED.

Dated: New York, New York

9-18-18

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-18