UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

       -V-                  :         # 07 CR 244 (JFK)

      Powell
------------------------------X

The violation of supervised release conference, set for Wednesday, September 26, 2018 at 11:30 a.m., has been **cancelled.**

SO ORDERED.

Dated: New York, New York

9-25-18

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9-25-18